**No. 10-7867. Jaymin A. Winn, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

564 U.S. 1055, 132 S. Ct. 47, 180 L. Ed. 2d 915, 2011 U.S. LEXIS 5031.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 990, 131 S. Ct. 2480, 179 L. Ed. 2d 1214, 2011 U.S. LEXIS 3745.